43555.    SANDERS, Trustee v. CARNEY et al.

PANNELL, Judge.  This being a controversy arising out of a petition for interpleader, it is an equity case, and the Supreme Court, and not the Court of Appeals, has jurisdiction. *Freeman v. Atlanta Police Relief Assn.,* 62 Ga. App. 523 (8 SE2d 711); *Finney v. Green,* 90 Ga. App. 321 (83 SE2d 65).  This case, accordingly, is transferred to the Supreme Court.

*Transferred to the Supreme Court. Jordan, P. J., and Deen, J., concur.*

ARGUED APRIL 3, 1968—DECIDED APRIL 17, 1968.

*Powell, Goldstein, Frazer & Murphy, B. D. Murphy, Wayne Shortridge,* for appellant.

*Poole, Pearce & Cooper, Walter G. Cooper, Grant, Spears & Duckworth, Robert W. Spears, Hansell, Post, Brandon & Dorsey, F. Tread Davis,* for appellees.